Theotis Golden P-77783
P.O. Box 901
Imperial, CA. 92251
In Pro Se

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

United States District Court
Southern District of California

Theotis Golden,
Plaintiff,
vs.
Michael Fraze,
D. Paramo,
Defendants.

Case No. '08 CV 1212 LAB LSP

Complaint

42 U.S.C. §§ 1983, 1985

Preliminary Statement

This is a civil rights action filed by Theotis Golden, a state prisoner for a declaratory judgment that plaintiff constitutional rights are being violated by defendants who have conspired to conceal a judgment procured by extrinsic fraud, and for a permanent injunction preventing defendants from continuing to violate prisoner rights while acting under color of law.

The declaratory judgment and injunctive relief is sought under 42 U.S.C. §§ 1983 and 1985, alleging defendants are obstructing justice, in violation of the Eighth and Fourteenth Amendments to the United States Constitution.

## Jurisdiction

Jurisdiction is conferred on this court under 42 U.S.C. § 1343 over the plaintiff claims of violation of Federal constitutional rights.

## Parties

1. Plaintiff Theotis Golden, is a prisoner.

2. Defendant Michael Fraze, is a doctor at Centinela State Prison.
3. Defendant D. Paramo, is associate warden at Centinela State Prison.

## Facts

On 10-30-03, the Santa Clara County District Attorney Office waived their right to prosecute in clear and unmistakable form. (See exhibit 1). They later altered and redacted the information by removal of date of termination. (See exhibit 2). The initial filing date was on 4-14-04. (See exhibit 3).

After reporting to defendant Paramo that I had not been legally committed to the Department of Correction, medical staff became deliberate indifferent

to my medical treatment on my fronts.

## Claim For Relief

Defendants denied plaintiff due process by obstructing justice and refusing to discharge their duties, and demonstrated their deliberate indifference to plaintiff health and safety, in violation of the Eighth and Fourteenth Amendments to the U.S. Constitution

## Relief Requested:

A. Issue a declaratory judgment stating:
An actual and substantial controversy exist.

B. Issue and injunction

C. Grant any other relief the court deem appropriate

Dated: 7-1-08

Theotis Golden
Signature

Exhibit 1

OCT-30-2003 09:23 P.02

**POLICE DEPARTMENT**
**CA -0430200**

☐ ARREST ☐ OFFICER ☐ INJURY ☐ BOOKED

03-1029-036/2003-4033

FIREARM TYPE

TYPE OF FORCE: ☐ HANDS/FEET ☐ KNIFE/CUTTING INSTR. ☐ FIREARM ☐ OTHER

☒ FELONY ☐ MISDEMEANOR ☐ INFRACTION ☐ SERVICE

REPORT TYPE / CODE SECTION / NCIC

12021(a)(1) Felon - Possess loaded Firearm

LOCATION OF EVENT

755 #4 West Valley Dr. Campbell CA 95008

| | DATE | TIME | DAY |
|---|---|---|---|
| OCCURRED ON OR FROM | 10/29/03 | 0935 | Wed |
| TO | | | |
| REPORTED | 10-29-03 | 1529 | Wed |

CLETS ENTRY NEEDED ☐

"V"= VICTIM "R"= REPORTING PARTY "W"= WITNESS "O"= OTHER

**V** — LAST, FIRST, MIDDLE (FIRM, IF BUSINESS) ☒ STATE OF CA
RACE / M F / DOB / AGE / HT / WT
PRIMARY LANGUAGE: ☐ SPANISH ☐ OTHER ☐ ENGLISH ☐ VIETNAMESE
VICTIM ADVISED ☐ SEXUAL ASSAULT ☐ VIC/WIT ASSIST. ☐ DOMESTIC VIOLENCE
ADDRESS / PHONE / DL NUMBER / STATE / SSN
WORK ADDRESS / PHONE / OCCUPATION
VICTIM INFORMATION: ☐ NON DISCLOSURE (WHERE APPLICABLE) ☐ INJURY ☐ SART ☐ BLOOD ☐ URINE ☐ PHOTOGRAPHS

**R** — LAST, FIRST, MIDDLE (FIRM, IF BUSINESS) ☐ STATE OF CA
GLASPER, CHUKISHIA LESHUNDA
RACE: B | M/F: F | DOB: 7-1-79 | AGE: 24 | HT: 5'7" | WT: 150
PRIMARY LANGUAGE: ☐ SPANISH ☐ OTHER ☐ ENGLISH ☐ VIETNAMESE
VICTIM ADVISED: ☐ SEXUAL ASSAULT ☐ VIC/WIT ASSIST ☐ DOMESTIC VIOLENCE
ADDRESS: 755 West Valley Dr #4 CPBL 95008 | PHONE: 371-1125 | DL NUMBER: D2163780 | STATE: CA | SSN: 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
WORK ADDRESS: — | PHONE: — | OCCUPATION: —
VICTIM INFORMATION: ☐ NON DISCLOSURE (WHERE APPLICABLE) ☐ INJURY ☐ SART ☐ BLOOD ☐ URINE ☐ PHOTOGRAPHS

DISPOSITION: ☐ ARREST ☐ UNFOUNDED ☐ ACTIVE-F/U SEO. ☐ ACTIVE-F/U CFC. ☐ INACTIVE ☐ TO DA FOR COMPLAINT ☐ INFO REPORT ONLY NO CRIME ☐ CLEARED ☐ TO ORIGINAL REPORT ☐ CLOSED BY EXCEPTION: A. DEATH OF OFFENDER B. PROSECUTION DECLINED C. DO NOT USE D. VICTIM REFUSED TO COOPERATE E. JUVENILE NO CUSTODY (NOT REFERRED TO JPD)

VICTIM VEHICLE INFORMATION | YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE/VIN | STATE
R/O NAME (LAST, FIRST, MIDDLE) ☐ VICTIM | ADDRESS | CITY | ZIP | DAMAGE TO VEHICLE

CASE CLOSED

VICTIM VEHICLE WAS: ☐ STOLEN ☐ IMPOUNDED ☐ STORED ☐ SECURED AT SCENE ☐ RELEASED TO OWNER ☐ HELD FOR PRINTS ☐ PRINTED

COPIES TO: ☐ SED ☐ DA ☐ DPW ☐ COURT ☐ FINANCE ☐ JPD ☐ SO ☐ P.D. ☐ OTHER

**PROPERTY CODES:**
D= DESTROYED/DAMAGED/VANDALIZED
L= LOST
S= STOLEN/ETC
R= RECOVERED (PREVIOUSLY STOLEN)
B= BOTH STOLEN AND RECOVERED

**UCR PROPERTY CODES:**
A=CURRENCY/NOTES/ETC
B=JEWELRY
C=CLOTHING AND FURS
D=LOCALLY STOLEN MOTOR VEHICLE
E=OFFICE EQUIPMENT
F=TV'S/RADIOS/STEREOS/ETC
G= FIREARMS
H=HOUSEHOLD GOODS
I=CONSUMABLE GOODS
J=LIVESTOCK
K=MISCELLANEOUS

M.O. S- was arrested on a Parole Violation warrant. S- was in Possession of Firearm!

| ITEM # CODE | QTY | BRAND | MODEL | DESCRIPTION OF PROPERTY | SERIAL NO. | VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |

☐ UCR ☐ DOMESTIC VIOLENCE ☐ HATE ☐ ELDER ☐ CHILD ☐ 148/243 ☐ GANG ☐ PHOTO SCENE ☐ FINGER PRINTS ☐ DRUG FIELD TEST ☐ PROPERTY ☐ EVIDENCE ☐ DIAGRAM

☐ REFER TO SUSPECT PAGE FOR SUSPECT DESCRIPTION ☐ SUSPECT UNKNOWN

The **VICTIM/REPORTING PARTY** contacted the police department to report the **THEFT/LOSS/DAMAGE** of the listed property.
This occured **AT/NEAR/FROM** the victim's **VEHICLE/RESIDENCE/BUSINESS/SCHOOL**.
☐ There are no suspects.

ASSOCIATED CASE NUMBERS | RMS ENTRY BY: | DATE PROCESSED | P.L.E.O. | ADDITIONAL OFFICER(S)

OFFICER'S NAME: [signature] ☐ PROP 115 | ID NUMBER: 4/61 | SHIFT / DAYS OFF: 10-29-03 | DATE | SUPERVISOR REVIEW: [initials] 10-29-03 | ID NUMBER | DATE | PC | OF

**CITY OF CAMPBELL**
**POLICE DEPARTMENT**
**CA-0430200**

# SUSPECT PAGE

INCIDENT: 03-1029-036 / CASE: 03-4033

☒ BOOKED ☐ CITED ☐ 849 (b) PC ☐ COMPLAINT REVIEW ☐ INFO ONLY ☐ AT LARGE ☐ VMC ☐ SEE JCR

| S# | LAST, FIRST, MIDDLE | RACE | M / F | DOB | AGE | HT | WT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GOLDEN THEOTIS | B | (M) | 10-27-61 | 42 | 5'11 | 190 | BLK | HZL |

AKA / MONIKER:
RELATIONSHIP TO VICTIM:
INTERPRETER NEEDED ☐ SPANISH ☐ OTHER ☐ VIETNAMESE

ADDRESS: 755 #4 WEST VALLEY DR — CITY / STATE: CAMPBELL CA — ZIP: 95008 — PHONE: 371-1125 — PFN: BMC037

BUSINESS NAME / SCHOOL NAME AND ADDRESS: — — CITY / STATE — ZIP — PHONE: — — PHOTO ID#

DL NUMBER / STATE: N8146954 CA — SSN: 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 — CITE #: — CEN: 0305-8504

CLOTHING: — UNIQUE IDENTIFIER (CI#):

**HAIR STYLE:** ☐ AFRO ☐ BALD/SHAVED ☐ BRAIDED ☐ COLLAR ☐ CREW CUT ☐ LONG ☐ PONY TAIL ☐ PUNK ☐ SHORT
☐ CONTACTS ☐ GLASSES ☐ SUNGLASSES

**HAIR TYPE:** ☐ RECEEDING ☐ STRAIGHT ☐ WAVY / CURLY ☐ WIG / TOUPEE

**SPEECH:** ☐ ACCENT ☐ LISP ☐ STUTTER

**HANDED:** ☐ LEFT ☐ RIGHT

**FACIAL HAIR:** ☐ BEARD ☐ CLEAN SHAVEN ☐ FU MANCHU ☐ GOATEE ☐ LOWER LIP ☐ MUSTACHE ☐ SIDE BURNS ☐ UNSHAVEN

**CLOTHING:** ☐ CAP / HAT ☐ GLOVES ☐ MASK

**BUILD:** ☐ HEAVY ☐ MEDIUM ☐ MUSCULAR ☐ POT BELLY ☐ SMALL ☐ THIN

**TEETH:** ☐ GOLD ☐ MISSING ☐ ROTTEN ☐ SILVER

**COMPLEXION:** ☐ ACNE / POCKED ☐ DARK ☐ FRECKLED ☐ LIGHT ☐ MEDIUM

**APPERANCE:** ☐ BODY ODER ☐ DISGUISE ☐ UNKEMPT / DIRTY ☐ WELL GROOMED

**WEAPONS:** ☐ CUTTING INST. ☐ HANDS / FEET ☐ REVOLVER ☐ RIFLE ☐ SEMI AUTO ☐ SHOT GUN ☐ SIMULATED ☐ UNKNOWN ☐ OTHER

☐ ADD'L. SEE NARRATIVE

**SCARS, MARKS, TATTOOS ETC.**
CODE: T LOC: CHEST
DESC: PLAYBOY BUNNY
☐ ADD'L. SEE NARRATIVE
CODE: S =SCARS M =MARKS P =PIERCING T =TATTOO MB =MISSING BODY PTS.

**UNDER THE INFLUENCE**
☐
☐
☐ OTHER:

---

☐ BOOKED ☐ CITED ☐ 849 (b) PC ☐ COMPLAINT REVIEW ☐ INFO ONLY ☐ AT LARGE ☐ VMC ☐ SEE JCR

| S# | LAST, FIRST, MIDDLE | RACE | M / F | DOB | AGE | HT | WT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

AKA / MONIKER:
RELATIONSHIP TO VICTIM:
INTERPRETER NEEDED ☐ SPANISH ☐ OTHER ☐ VIETNAMESE

ADDRESS: — CITY / STATE — ZIP — PHONE — PFN

BUSINESS NAME / SCHOOL NAME AND ADDRESS: — CITY / STATE — ZIP — PHONE — PHOTO ID#

DL NUMBER / STATE: — SSN: — CITE #: — CEN:

CLOTHING: — UNIQUE IDENTIFIER (CI#):

**HAIR STYLE:** ☐ AFRO ☐ BALD/SHAVED ☐ BRAIDED ☐ COLLAR ☐ CREW CUT ☐ LONG ☐ PONY TAIL ☐ PUNK ☐ SHORT
☐ CONTACTS ☐ GLASSES ☐ SUNGLASSES

**HAIR TYPE:** ☐ RECEEDING ☐ STRAIGHT ☐ WAVY / CURLY ☐ WIG / TOUPEE

**SPEECH:** ☐ ACCENT ☐ LISP ☐ STUTTER

☐ **HANDED:** ☐ LEFT ☐ RIGHT

**FACIAL HAIR:** ☐ BEARD ☐ CLEAN SHAVEN ☐ FU MANCHU ☐ GOATEE ☐ LOWER LIP ☐ MUSTACHE ☐ SIDE BURNS ☐ UNSHAVEN

**CLOTHING:** ☐ CAP / HAT ☐ GLOVES ☐ MASK

**BUILD:** ☐ HEAVY ☐ MEDIUM ☐ MUSCULAR ☐ POT BELLY ☐ SMALL ☐ THIN

**TEETH:** ☐ GOLD ☐ MISSING ☐ ROTTEN ☐ SILVER

**COMPLEXION:** ☐ ACNE / POCKED ☐ DARK ☐ FRECKLED ☐ LIGHT ☐ MEDIUM

**APPERANCE:** ☐ BODY ODOR ☐ DISGUISE ☐ UNKEMPT / DIRTY ☐ WELL GROOMED

**WEAPONS:** ☐ CUTTING INST. ☐ HANDS / FEET ☐ REVOLVER ☐ RIFLE ☐ SEMI AUTO ☐ SHOT GUN ☐ SIMULATED ☐ UNKNOWN ☐ OTHER

☐ ADD'L. SEE NARRATIVE

**SCARS, MARKS, TATTOOS ETC.**
CODE: ____ LOC: ____
DESC: ____
☐ ADD'L. SEE NARRATIVE
CODE: S =SCARS M =MARKS P =PIERCING T =TATTOO MB =MISSING BODY PTS.

**UNDER THE INFLUENCE**
☐
☐
☐ OTHER:

---

| SUSPECT VEHICLE | YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE / VIN | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ADDITIONAL IDENTIFIERS: ☐ LOWERD ☐ RAISED ☐ SPECIAL PAINT ☐ SPECIAL WHEELS ☐ SUN ROOF / T-TOP

R/O'S NAME ( LAST, FIRST, MIDDLE ) SAME AS SUSPECTS #____ — ADDRESS — CITY / STATE — ZIP — DAMAGE TO VEHICLE

SUSPECT VEHICLE WAS: ☐ STOLEN ☐ IMPOUNDED ☐ STORED ☐ LEFT AT SCENE ☐ RELEASED AT SCENE ☐ HELD F / PRINTS ☐ PRINTED

| OFFICER'S NAME | ID NUMBER | DATE | SHIFT / DAYS OFF | SUPERVISOR REVIEW | ID NUMBER | DATE | PG ___ OF ___ |
|---|---|---|---|---|---|---|---|
| [signature] | 414 | 10-29-03 | | | | | |

**CITY OF CAMPBELL**
**POLICE DEPARTMENT**
**CA-0430200**

REPORT TYPE ☐ SUPPLEMENTAL

ADDITIONAL PARTIES

INCIDENT 03-1029-036 | CASE 03-4033

"V" = VICTIM "R" = REPORTING PARTY "W" = WITNESS "O" = OTHER

| Code | Last, First, Middle | Race | Sex | DOB | Age | Ht | Wt | Address | City/State | Zip | Phone | DL Number | State | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O | FULLER, SHEILA ANNETTE (MOTHER OF R-GLASPER) | B | F | 12-31-63 | 39 | 5'6" | 150 | 755 #4 WEST VALLEY DR | CAMPBELL CA | 95008 | 371-1125 | U1066184 | CA | 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 |
| O | MARSH, TRAYBEAN (SON OF R-GLASPER) | B | M | — | 5 | — | — | 755 #4 WEST VALLEY DR | CPBL CA | 95008 | 371-1125 | — | — | — |
| O | GOLDEN, LAQUIN (SON OF R-GLASPER) | B | M | — | 2 | — | — | 755 #4 WEST VALLEY DR | CPBL CA | 95008 | 371-1125 | — | — | — |
| O | FULLER, JORDAN (SON OF O-FULLER) | B | M | — | 6 | — | — | 755 WEST VALLEY DR | CPBL CA | 95008 | 371-1125 | — | — | — |

Each party block also contains: ☐ STATE OF CA.; INTERPRETER NEEDED: ☐ SPANISH ☐ VIETNAMESE ☐ OTHER; VICTIM ADVISED: ☐ SEXUAL ASSAULT ☐ VIC/WIT ASSIST. ☐ DOMESTIC VIOLENCE; BUSINESS NAME/SCHOOL NAME AND ADDRESS, CITY/STATE, ZIP, PHONE (all blank / —); VICTIM INFORMATION ☐ NON DISCLOSURE (WHERE APPLICABLE) ☐ INJURY ☐ SART ☐ BLOOD ☐ URINE ☐ PHOTOGRAPH

| VICTIM VEHICLE VICTIM #____ | YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE/VIN | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

R/O'S NAME (LAST, FIRST, MIDDLE) ☐ SAME AS VICTIM #____ ADDRESS CITY/STATE ZIP DAMAGE TO VEHICLE

VICTIM VEHICLE WAS: ☐ STOLEN ☐ IMPOUNDED ☐ STORED ☐ LEFT AT SCENE ☐ RELEASED AT SCENE ☐ HELD F/ PRINTS ☐ PRINTED

| VICTIM VEHICLE VICTIM #____ | YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE/VIN | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

R/O'S NAME (LAST, FIRST, MIDDLE) ☐ SAME AS VICTIM #____ ADDRESS CITY/STATE ZIP DAMAGE TO VEHICLE

VICTIM VEHICLE WAS: ☐ STOLEN ☐ IMPOUNDED ☐ STORED ☐ LEFT AT SCENE ☐ RELEASED AT SCENE ☐ HELD F/ PRINTS ☐ PRINTED

| OFFICER'S NAME | ID NUMBER | DATE | SHIFT/DAYS OFF | SUPERVISOR REVIEW | ID NUMBER | DATE | |
|---|---|---|---|---|---|---|---|
| [signature] | 44 | 10-29-03 | | | | | PG___OF___ |

# Narrative Report

Campbell Police Department
70 N. First St.
Campbell, Ca. 95008 (408) 866-2121 Fax. 379-7561

Report ID# 2003-1029-036
Case # 2003-4033
Page # ______

☐ *Supplemental Report*

**ADDITIONAL CHARGES:**
12021.1 – Felon possess firearm
3056 PC – Parole violation

**ATTACHMENTS:**
Criminal history printouts for S- golden, R- Glasper, O- fuller
Property Evidence sheet
Booking sheet (warrant booking) for S- Golden
CAD incident report

**SYNOPSIS:**
S- Golden was reportedly staying at 755 #4 West Valley Dr. by R- Glasper. R- also stated that S- Golden had an old shotgun in his possession and that he was wanted for a parole violation. S- Golden was located at the residence and arrested for the parole violation warrant. A loaded single shot 410 gauge shotgun was located in the closet of the room where S- Golden was located and arrested. Both R- Glasper and O- Fuller stated that S- Golden had been living at the residence for several months, and that the room he was arrested in was the room he shared with O- Fuller. O- Fuller also said the gun belonged to S- Golden. After S- Golden was arrested, he was immediately transported and booked on the warrant. The gun was located after he was in route to be booked so this report was sent to the District Attorney for a warrant for the additional charges.

**RELATIONSHIPS:**
S- Golden is the boyfriend of O- Fuller and the grandfather of O- Golden. O- Fuller is the mother of R- Glasper and O- Jordan. R- Glasper is the mother of O- Marsh and O- Golden.

**INVESTIGATION**
On 10-29-03 at about 0935 hrs, R- Glasper phoned CPD communications to report S- Golden as a parole violator. She told CPD that S- Golden was at her residence (755 #4 West Valley Dr.) and that she wanted him to leave. She also said she was afraid to ask him to leave because he might become violent and beat up her mother, O- Fuller. I contacted State Parole and verified that S- Golden was in fact wanted for a parole violation. I contacted R- Glasper via phone for more details. R- Glasper said that S- Golden had been threatening O-Fuller and that he is violent. R- Glasper said that she is on probation and she is not supposed to be around S- Golden or drugs and she doesn't want to get into more trouble. R- Glasper said that S- Golden uses crystal meth as his drug of choice. R- Glasper said that S- Golden owns an old shotgun and that she has seen him with it. She said he doesn't keep it inside the house but she has seen it there. R- Glasper said that S- Golden was in the house all the time and that he will not leave. She said O- Fuller, the children and a sitter were also at the house. R-Glasper indicated that the children go to school in the afternoon.

Reporting Officer: **C. Adams #44** (initials)
CJIC A0871 Date 10/29/03

**Dispositions**
☐→ Arrest
☐→ Unfounded
☐→ Active - Follow-up to SED
☐→ Active - Follow-up to Officer
☐→ Inactive
☑→ To DA for Complaint
☐→ Info Report Only/No Crime
☐→ Cleared/Closed
☐→ To Original Report
☐→ Cleared/Closed by Exception:
A Death of Offender
B Prosecution Declined
C Do Not Use
D Victim Refused to Cooperate
E Juvenile/No Custody (Not Referred JPD)

Reviewed By: ______________ Date: ______ Processed By: ______________ Date: ______
CRIS Entry By: ______________ Date: ______ Copies To: ☐ SED ☐ DA ☐ Court ☐ Other ______ ☐ DPW ☐ Finance ☐ JPD ☐ S/O or PD ______

# Narrative Report

Campbell Police Department
70 N. First St.
Campbell, Ca. 95008 (408) 866-2121 Fax. 379-7561

Report ID# 2003-1029-036
Case # 2003-4033
Page # ______

☐ *Supplemental Report*

I later contacted a female who identified herself as the baby sitter. She told me S- Golden was at the house and that O- Fuller was leaving to pick up the older children from school. I asked the sitter if she could vacate the house when O- Fuller left so no one else would be in the residence when we went in to arrest S- Golden. She did this and we entered the residence and located S- Golden sleeping on top of the bed in the south bedroom. S- Golden was arrested without incident. We located S- Golden's clothing in the room and had him get dressed. When S- Golden was taken out of the room, I looked around the room to see if the gun could be located there. I opened the closet door and saw what looked to me to be a brown leather gun case. It was on the floor of the closet on the south side leaning against the wall. I retrieved the case and opened it. Inside I located a single shot 410-gauge shotgun with a live round in the chamber. I also located a box of 410-gauge ammunition. I removed the live round from the weapon and made it safe. I brought it back to CPD had it checked against stolen weapons in the computer. It was not listed as a stolen weapon and it was not registered to anyone.

As a convicted Felon, S- Golden is in violation of 12021(a)(1)PC and 12021.1 PC by being in possession of a firearm.

**STATEMENTS:**

R- Glasper.

R- Glasper said she is on probation and that she lives with her mother O- Fuller and her children, in apartment #4 at 755 West Valley Dr.. R- Glasper said that S- Golden is O- Fuller's boyfriend and that he has been living at the residence since April when she was arrested. R- Glasper said that S- Golden owns a gun. She described it as an old shotgun style gun. R- Glasper said that S- Golden hides the gun outside but she has seen it in the residence. R- Glasper said that S- golden uses crystal meth as his drug of choice and the he uses it at the residence. She also believes that he sells marijuana. R- Glasper said S- golden has been violent toward O- Fuller and has yelled at and threatened her. R- Glasper said S- Golden acts very strange and she is frightened by him. R- Glasper said she and her mother O- Fuller are afraid to ask S- Golden to leave the residence for fear he will become violent. That is why she contacted the Police to turn him in. R- Glasper added that she is not supposed to be around drugs as part of her probation and she doesn't want to get in trouble because of S- Golden. R- Glasper said that S- Golden has been living and sleeping in O- Fuller's room which is at the end of the hall on the right. (this is the room we located him and the gun in) R- Glasper's room is directly at the end of the hall.

O- Fuller.

O- Fuller said that S- Golden is her boyfriend and that he has been living with her in her room for some time. O- Fuller said that her and S- Golden's room is the one at the end of the hall on the right. O- Fuller said that she knew S- Golden had a gun, and that he kept it in a brown leather case in the closet in their room. O- Fuller said

Reporting Officer: **C. Adams #44** (signature)
CJIC A0871 Date 10/29/03

**Dispositions**

| | |
|---|---|
| ☐→ Arrest | ☐→ Cleared/Closed |
| ☐→ Unfounded | ☐→ To Original Report |
| ☐→ Active - Follow-up to SED | ☐→ Cleared/Closed by Exception: |
| ☐→ Active - Follow-up to Officer | A Death of Offender |
| ☐→ Inactive | B Prosecution Declined |
| ☒→ To DA for Complaint | C Do Not Use |
| ☐→ Info Report Only/No Crime | D Victim Refused to Cooperate |
| | E Juvenile/No Custody (Not Referred JPD) |

Reviewed By: ______________ Date: ______ Processed By: ______________ Date: ______
CRIS Entry By: ______________ Date: ______ Copies To: ☐ SED ☐ DA ☐ Court ☐ Other______ ☐ DPW ☐ Finance ☐ JPD ☐ S/O or PD______

# Narrative Report

Campbell Police Department
70 N First St
Campbell, Ca. 95008 (408) 866-2121 Fax. 379-7561

Report ID# 2003-1029-036
Case # 2003-4033
Page # ____

☐ Supplemental Report

that S- Golden got it from a friend but she did not elaborate more about where it came from. O- Fuller said that S- Golden has had the gun for about three or four weeks. O- Fuller confirmed that S- Golden had yelled at her and threatened her. When asked if there was domestic violence she would like to report, she said no. O- Fuller said that S- Golden kept hanging around the residence and would not leave. She also admitted she was afraid to ask him to leave for fear of a violent reaction. O- Fuller was not happy that he had been arrested but said maybe it is better this way. O- Fuller said she understood R- Glasper did not want to get in trouble with her probation because of S- Golden.

**INJURIES**
None

**EVIDENCE**
#44-1 One Kimel Kamper brand model K410 single shot shotgun Serial #176075

#44-2 One brown leather gun case with "W.G.E." stamped into the side

#44-3 One box of 25 rounds of 410 gauge 3" 6 shot shotgun rounds
All items to CPD evidence.

**ADDITIONAL INFORMATION:**
S- Golden has a violent criminal record with convictions for 664/211 PC, 245(A)(1) PC, 211 PC, 459 PC, 10851 CVC, and several drug violations.

**CASE DISPOSITION:**
To DA for complaint.

Copy to State Parole officer Michelle Donovan.

Reporting Officer: C. Adams #44 [signature]
CJIC: A0871 Date 10/29/03

**Dispositions**

- ☐→ Arrest
- ☐→ Unfounded
- ☐→ Active - Follow-up to SED
- ☐→ Active - Follow-up to Officer
- ☐→ Inactive
- ☑→ To DA for Complaint
- ☐→ Info Report Only/No Crime
- ☐→ Cleared/Closed
- ☐→ To Original Report
- ☐→ Cleared/Closed by Exception:
  - A Death of Offender
  - B Prosecution Declined
  - C Do Not Use
  - D Victim Refused to Cooperate
  - E Juvenile/No Custody (Not Referred JPD)

Reviewed By: ____________ Date: ______
CRIS Entry By: ____________ Date: ______
Processed By: ____________ Date: ______
Copies To: ☐ SED ☐ DA ☐ Court ☐ Other ______ ☐ DPW ☐ Finance ☐ JPD ☐ S/O or PD ______

AGENCY: [handwritten] S Clara County FELON

LAST NAME: GOLDEN, FIRST: THEOTIS MIDDLE: — GEN | DATE OF BIRTH: 10 27 61 | U.S. CITIZEN ☐ YES ☐ NO | PLACE OF BIRTH: Ca

DRIVER LICENSE STATE NUMBER: CA N8946554 IN POSS? ☐ | SOCIAL SECURITY NO.: 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 IN POSS? ☐ | REPORT NUMBER: 2003-41033 | BOOKING TYPE | MISC. I.D. NO.

SEX: M | RACE: B | HAIR: Bk | EYES: Bro | HEIGHT: 5'11 | WEIGHT: 190 | SCARS/MARKS/TATTOOS: Playboy Bunny Lt Chest

RESIDENCE NO: 175 STREET: Coelho St. SUFFIX | APT NO. | CITY: Milp | STATE: Ca | ZIP CODE: 95035

TELEPHONE: ( ) 946-3539 | LAST NAME FIRST MIDDLE GEN | AKA | NICKNAME: OTIS

OCCUPATION: Mover | UNION | LOCAL | EMPLOYER NAME: — | HOW LONG

EMP. ADDRESS STREET | SUFFIX | APT NO. | CITY | STATE | ZIP CODE

EMPLOYER'S TELEPHONE ( ) | EMERGENCY PERSON LAST NAME: Golden FIRST: Freddy Mae | RELN.: P | EMER. TELEPHONE ( )

EMERG. ADDRESS STREET: Same | SUFFIX | APT NO. | CITY | STATE | ZIP CODE

VEHICLE STATE LICENSE NO. | COLOR | MAKE | YEAR: N/A | VEHICLE LOCATION | CITY | CITIZEN LAST NAME (ARRESTING) | FI | MI

ARREST DATE: 10 25 03 | ARREST TIME: 1535 | AGENCY (CJIC): 4302 | OFFICER NAME: Mendez | ID NO: 57 | TRANS. AGENCY: 4302 | ID NO.: B7109 | (853.6PC)

ARREST LOCATION STREET: 255 West Valley | APT NO.: 4 | X-STREET: Union Ave | CITY: Campbell | STATE: Ca | ZIP CODE: 95008 | REQUESTS PUB. DEF ☐ YES ☐ NO

821 (?) PC ☐ YES ☐ NO | FELONY AFFIDAVIT ☐ YES ☐ NO | ARREST AGENCY 851.5 TIME ____ DATE ____ I.D. NO. ____ | ESCAPE RISK, SUICIDAL CO DEF., ETC.

| CODE | CIRC | SECTION (DESCRIPTION IF ON-VIEW) | BAIL | F/M/IC | COURT | WARRANT NO. |
|---|---|---|---|---|---|---|
| PC | P | 3056 | NBA | F | | ~~[illegible]~~ (P77783) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**ARRESTING OFFICER:** **BAIL TOTAL** NBA ☐ PROPERTY HELD AS EVIDENCE ☐ STORED BY ARRESTING AGENCY

| | | | |
|---|---|---|---|
| WALLET | CASH $ | JACKET | COLOR |
| CHECKBOOK | | SWEATER | COLOR |
| BELT | BUCKLE | SHIRT/BLOUSE Tank Top | COLOR GRN |
| KEYS # | KNIFE | PANTS | COLOR BLK |
| WATCH, COLOR Y W O | BRAND | DRESS/SKIRT | COLOR |
| RING | STONE | SHOE | COLOR BLK |
| CHAIN | STONE | HAT | COLOR |
| | STONE | PURSE | |
| | STONE | LIPSTICK | |
| | STONE | MISC. ITEMS | |
| LIGHTER | COMB-BRUSH | | |
| CIGARETTES | | | |

ALIEN STATUS CITIZEN OF | REQUEST NOTIFICATION TO CONSULATE YES ___ NO ___ | MANDATORY NOTIFICATION TO CONSULATE YES ___ NO ___ | DATE __/__/__ TIME ____ DEPUTY I.D. ____

X [signature] | [signature] # 2430 / 1428 | [signature] 58

PRISONER'S SIGNATURE FOR PROPERTY, NOTIFICATION OF RIGHTS UNDER P.C. SEC. 821/822, STATEMENT OF ALIEN STATUS, RECEIPT OF COPY OF PRE BOOKING INFORMATION.

RECEIVING OFFICER BADGE NO. & TIME | TRANSPORTING OFFICER BADGE NO.

DISTRIBUTION: WHITE - Booking, GREEN - Property Record, WHITE ID - ID, PINK - DR/Court Copy, YELLOW - Arresting Agency, GOLDENROD - Arrestee Copy

3214 REV 8/89 # 435.19

TOTAL P.08

# Exhibit 2

ENDORSED RECEIVED MAY 06 2005 KIRI TORRE Chief Executive Officer/Clerk Superior Court of CA County of S... BY [signature] DEPUTY

(ENDORSED) FILED MAY 06 2005 KIRI TORRE Chief Executive Officer/Clerk Superior Court of CA County of Santa Clara BY [signature] DEPUTY

Theotis Golden BMC037
885 N. San Pedro St.
San Jose, CA. 95110
In Pro Per

Superior Court of the State of California
For the County of Santa Clara

People of the State of California,
Plaintiff,
v.
Theotis Golden,
Defendant.

Case No. CC333706
Motion To Impeach And Vacate Judgment Pursuant To California Code of Civil Procedure Sections 473, 1916.

Please Take Notice,

the defendant, Theotis Golden, moves this Court to set aside judgment procured by extrinsic Fraud.

The motion will be made on the grounds that through Fraud and collusion, apparent record is not a record at all, but is a Forged or Fraudulent instrument which has no existence as a record, and that therefore the court should expunge it.

The motion will be based on the memorandum of points and authorities served and Filed herewith on the records on File in this action and on such oral and documentary evidence as may be presented at the hearing on the motion.

Authorities

California Code of Civil Procedure §§ 473, 1916.

# Memorandum of Points and Authorities

I

## A Court Has Inherent Power To Expunge a Fraudulent Record.

A court has inherent power to expunge a fraudulent record or set aside a judgment procured by extrinsic fraud where unsuccessful party has been prevented from exhibiting fully his case by fraud or deception practice on him by his opponent, as by keeping him away from court or by false promise of compromise, or where defendant had no knowledge of action by being kept in ignorance by acts of plaintiff, or where attorney fraudulently represented a party and connived at his defeat, or where appointed attorney corruptly sells out his client's interest to the opponent. West's Ann. Cal. C.C.P. §§ 473, 1916.

Impeachment of record must necessarily rest on the ground that through fraud and collusion, apparent record is not a record at all, but is a forged or fraudulent instrument which has no existence as a record, and therefore court should expunge it. Cross v. Tustin, 236 P2d 142. (See Exhibit A)

Theotis Dolden
Signature

Dated: May 6, 2005 2 of 2

Exhibit A

CASE P. 2

POLICE DEPARTMENT
CA -0430200

CRIME / ARREST / OFFICER

INJURY / BOOKED

INCIDENT 03-1029-036 / 2003-4033

FIREARM TYPE

TYPE OF FORCE: HANDS/FEET / KNIFE/CUTTING INST / FIREARM / OTHER

[x] FELONY / MISDEMEANOR / INFRACTION / SERVICE

REPORT TYPE: 12021(a)(1) Felon - Possess loaded Firearm

CODE SECTION

NCIC

| | DATE | TIME | DAY |
|---|---|---|---|
| OCCURRED ON OR FROM | 10/29/03 | 0935 | WED |
| TO | | | |
| REPORTED | 10-29-03 | 1529 | WED |

LOCATION OF EVENT: [redacted]

"V"= VICTIM "R"= REPORTING PARTY "W"= WITNESS "O"= OTHER

CLETS ENTRY NEEDED

V — LAST, FIRST, MIDDLE (FIRM, IF BUSINESS) [x] STATE OF CA

RACE / M F / DOB / AGE / HT / WT

PRIMARY LANGUAGE: SPANISH / OTHER / ENGLISH / VIETNAMESE

VICTIM ADVISED: SEXUAL ASSAULT / VIC/WIT ASSIST. / DOMESTIC VIOLENCE

ADDRESS / PHONE / DL NUMBER / STATE / SSN

WORK ADDRESS / PHONE / OCCUPATION

VICTIM INFORMATION: NON DISCLOSURE (WHERE APPLICABLE) / INJURY / SART / BLOOD / URINE / PHOTOGRAPHS

R — LAST, FIRST, MIDDLE (FIRM, IF BUSINESS) NOT NO STATE OF CA
GLASPER, CHUKISHIA LESHUNDA

RACE / M / DOB / AGE / HT / WT: [redacted]

PRIMARY LANGUAGE: SPANISH / OTHER / ENGLISH / VIETNAMESE

VICTIM ADVISED: SEXUAL ASSAULT / VIC/WIT ASSIST. / DOMESTIC VIOLENCE

ADDRESS / PHONE / DL NUMBER / STATE / SSN: [redacted]

WORK ADDRESS — / PHONE — / OCCUPATION —

VICTIM INFORMATION: NON DISCLOSURE (WHERE APPLICABLE) / INJURY / SART / BLOOD / URINE / PHOTOGRAPHS

VICTIM VEHICLE INFORMATION: YEAR / MAKE / MODEL / BODY TYPE / COLOR / LICENSE/VIN / STAT

R/O NAME (LAST, FIRST, MIDDLE) / ADDRESS / CITY / ZIP / DAMAGE TO VEHICLE

VICTIM

CASE CLOSED

VICTIM VEHICLE WAS: STOLEN / IMPOUNDED / STORED / SECURED AT SCENE / RELEASED TO OWNER / HELD FOR PRINTS / PRINT

DISPOSITION: ARREST / UNFOUNDED / ACTIVE-F/U SED. / ACTIVE-F/U OFC. / INACTIVE / TO DA FOR COMPLAINT / INFO REPORT ONLY NO CRIME / CLEARED / TO ORIGINAL REPORT / CLOSED BY EXCEPTION: A. DEATH OF OFFENDER / B. PROSECUTION DECLINED / C. DO NOT USE / D. VICTIM REFUSED TO COOPERATE / E. JUVENILE NO CUSTODY (NOT REFERRED TO JPD)

COPIES TO: SED / DA / DPW / COURT / FINANCE / JPD / SO / P.D. / OTHER

JCR / DOMESTIC VIOLENCE / HATE / ELDER / CHILD / 148/243 / GANG / PHOTO SCENE / FINGER PRINTS / DRUG FIELD TEST / PROPERTY / EVIDENCE / DIAGRAM

PROPERTY CODES:
D= DESTROYED/DAMAGED/VANDALIZED
L= LOST
S= STOLEN/ETC
R= RECOVERED (PREVIOUSLY STOLEN)
B= BOTH STOLEN AND RECOVERED

UCR PROPERTY CODES:
A=CURRENCY/NOTES/ETC
B=JEWELRY
C=CLOTHING AND FURS
D=LOCALLY STOLEN MOTOR VEHICLE
E=OFFICE EQUIPMENT
F=TVS/RADIOS/STEROS/ETC
G= FIREARMS
H=HOUSEHOLD GOODS
I=CONSUMABLE GOODS
J=LIVESTOCK
K=MISCELLANEOUS

M.O. S was arrested on a parole violation warrant. S was in possession of firearm

| ITEM # CODE | QTY | BRAND | MODEL | DESCRIPTION OF PROPERTY | SERIAL NO. | VAL |
|---|---|---|---|---|---|---|
| | | | | | | |

REFER TO SUSPECT PAGE FOR SUSPECT DESCRIPTION / SUSPECT UNKNOWN

The VICTIM/REPORTING PARTY contacted the police department to report the THEFT/LOSS/DAMAGE of the listed prop
This occured AT/NEAR/FROM the victim's VEHICLE/RESIDENCE/BUSINESS/SCHOOL.
There are no suspects.

ASSOCIATED CASE NUMBERS / RMS ENTRY BY: / DATE PROCESSED 10/30/03 VT / P.L.E.O. / ADDITIONAL OFFICER(S)

OFFICER'S NAME / PROP. 115 / ID NUMBER / SHIFT / DAYS OFF 10-29-03 / DATE / SUPERVISOR REVIEW / ID NUMBER / DATE / PG

P. 3

CITY OF CAMPBELL
POLICE DEPARTMENT
CA-0430200

SUSPECT PAGE

INCIDENT: 03-1019-036 | CASE: 03-4033

☑ BOOKED ☐ CITED ☐ 849 (b) PC ☐ COMPLAINT REVIEW ☐ INFO ONLY ☐ AT LARGE ☐ VMC ☐ SEE JCR

| S# | LAST, FIRST, MIDDLE | RACE | M / F | DOB | AGE | HT | WT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GOLDEN THELTIS | B | M | 10-27-61 | 42 | 5'11 | 170 | BLK | BRL |

AKA / MONIKER:
RELATIONSHIP TO VICTIM:
INTERPRETER NEEDED: ☐ SPANISH ☐ OTHER ☐ VIETNAMESE

ADDRESS: 755 E 41 WEST VALLEY DR | CITY / STATE: CAMPBELL CA | ZIP: 95008 | PHONE: 371-1125 | PFN: BHC037
BUSINESS NAME / SCHOOL NAME AND ADDRESS: — | CITY / STATE | ZIP | PHONE: — | PHOTO ID#

DL NUMBER / STATE: N8146954 CA | SSN: 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 | CITE # | CEN: 0305-8504
CLOTHING: | UNIQUE IDENTIFIER (CI# )

HAIR STYLE: ☐ AFRO ☐ BALD/SHAVED ☐ BRAIDED ☐ COLLAR ☐ CREW CUT ☐ LONG ☐ PONY TAIL ☐ PUNK ☐ SHORT
HAIR TYPE: ☐ RECEEDING ☐ STRAIGHT ☐ WAVY / CURLY ☐ WIG / TOUPEE
SPEECH: ☐ ACCENT ☐ LISP ☐ STUTTER
FACIAL HAIR: ☐ BEARD ☐ CLEAN SHAVEN ☐ FU MANCHU ☐ GOATEE ☐ LOWER LIP ☐ MUSTACHE ☐ SIDE BURNS ☐ UNSHAVEN
BUILD: ☐ HEAVY ☐ MEDIUM ☐ MUSCULAR ☐ POT BELLY ☐ SMALL ☐ THIN
TEETH: ☐ GOLD ☐ MISSING ☐ ROTTEN ☐ SILVER
COMPLEXION: ☐ ACNE / POCKED ☐ DARK ☐ FRECKLED ☐ LIGHT ☐ MEDIUM
APPERANCE: ☐ BODY ODER ☐ DISGUISE ☐ UNKEMPT / DIRTY ☐ WELL GROOMED
WEAPONS: ☐ CUTTING INST. ☐ HANDS / FEET ☐ REVOLVER ☐ RIFLE ☐ SEMI AUTO ☐ SHOT GUN ☐ SIMULATED ☐ UNKNOWN ☐ OTHER
CLOTHING: ☐ CAP / HAT ☐ GLOVES ☐ MASK
☐ CONTACTS ☐ GLASSES ☐ SUNGLASSES
HANDED: ☐ LEFT ☐ RIGHT
☐ ADD'L SEE NARRATIVE

SCARS, MARKS, TATTOOS ETC.
CODE: T LOC: CHEST
DESC: PLAYBOY BUNNY
☐ ADD'L SEE NARRATIVE
CODE: S = SCARS M = MARKS P = PIERCING T = TATTOO MB = MISSING BODY PTS.

UNDER THE INFLUENCE
☐
☐
☐ OTHER:

---

☐ BOOKED ☐ CITED ☐ 849 (b) PC ☐ COMPLAINT REVIEW ☐ INFO ONLY ☐ AT LARGE ☐ VMC ☐ SEE JCR

| S# | LAST, FIRST, MIDDLE | RACE | M / F | DOB | AGE | HT | WT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

AKA / MONIKER:
RELATIONSHIP TO VICTIM:
INTERPRETER NEEDED: ☐ SPANISH ☐ OTHER ☐ VIETNAMESE

ADDRESS: | CITY / STATE | ZIP | PHONE | PFN
BUSINESS NAME / SCHOOL NAME AND ADDRESS: | CITY / STATE | ZIP | PHONE | PHOTO ID#

DL NUMBER / STATE: | SSN: | CITE # | CEN:
CLOTHING: | UNIQUE IDENTIFIER (CI# )

HAIR STYLE: ☐ AFRO ☐ BALD/SHAVED ☐ BRAIDED ☐ COLLAR ☐ CREW CUT ☐ LONG ☐ PONY TAIL ☐ PUNK ☐ SHORT
HAIR TYPE: ☐ RECEEDING ☐ STRAIGHT ☐ WAVY / CURLY ☐ WIG / TOUPEE
SPEECH: ☐ ACCENT ☐ LISP ☐ STUTTER
FACIAL HAIR: ☐ BEARD ☐ CLEAN SHAVEN ☐ FU MANCHU ☐ GOATEE ☐ LOWER LIP ☐ MUSTACHE ☐ SIDE BURNS ☐ UNSHAVEN
BUILD: ☐ HEAVY ☐ MEDIUM ☐ MUSCULAR ☐ POT BELLY ☐ SMALL ☐ THIN
TEETH: ☐ GOLD ☐ MISSING ☐ ROTTEN ☐ SILVER
COMPLEXION: ☐ ACNE / POCKED ☐ DARK ☐ FRECKLED ☐ LIGHT ☐ MEDIUM
APPERANCE: ☐ BODY ODOR ☐ DISGUISE ☐ UNKEMPT / DIRTY ☐ WELL GROOMED
WEAPONS: ☐ CUTTING INST. ☐ HANDS / FEET ☐ REVOLVER ☐ RIFLE ☐ SEMI AUTO ☐ SHOT GUN ☐ SIMULATED ☐ UNKNOWN ☐ OTHER
CLOTHING: ☐ CAP / HAT ☐ GLOVES ☐ MASK
☐ CONTACTS ☐ GLASSES ☐ SUNGLASSES
☐ HANDED: ☐ LEFT ☐ RIGHT
☐ ADD'L SEE NARRATIVE

SCARS, MARKS, TATTOOS ETC.
CODE: ____ LOC: ____
DESC: ____
☐ ADD'L SEE NARRATIVE
CODE: S = SCARS M = MARKS P = PIERCI[NG] T = TATTOO MB = MISSING BODY

UNDER THE INFLUENCE
☐
☐
☐ OTHER:

---

| SUSPECT VEHICLE | YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE / VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

ADDITIONAL IDENTIFIERS: ☐ LOWERD ☐ RAISED ☐ SPECIAL PAINT ☐ SPECIAL WHEELS ☐ SUN ROOF / T-TOP | DAMAGE TO VEHICL[E]
R/O'S NAME ( LAST, FIRST, MIDDLE ) SAME AS SUSPECTS # ____ | ADDRESS | CITY / STATE | ZIP
SUSPECT VEHICLE WAS: ☐ STOLEN ☐ IMPOUNDED ☐ STORED ☐ LEFT AT SCENE ☐ RELEASED AT SCENE ☐ HELD F / PRINTS ☐ PRINTED

| OFFICER'S NAME | ID NUMBER | DATE | SHIFT / DAYS OFF | SUPERVISOR REVIEW | ID NUMBER | DATE | PG ___ OF |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

P. 4

# CITY OF CAMPBELL POLICE DEPARTMENT
CA-0430200

REPORT TYPE ☐ SUPPLEMENTAL

ADDITIONAL PARTIES

INCIDENT 03-1029-036 | CASE 03-4033

"V" = VICTIM "R" = REPORTING PARTY "W" = WITNESS "O" = OTHER

O | LAST, FIRST, MIDDLE (FIRM, IF BUSINESS) ☐ STATE OF CA.
Fuller, Sheila Annette (Mother of R-(Labaz)) [redacted]
INTERPRETER NEEDED: ☐ SPANISH ☐ VIETNAMESE ☐ OTHER
VICTIM ADVISED: ☐ SEXUAL ASSAULT ☐ VIC/WIT ASSIST. ☐ DOMESTIC VIOLENCE
ADDRESS CITY/STATE ZIP PHONE DL NUMBER STATE
[redacted]
BUSINESS NAME/SCHOOL NAME AND ADDRESS CITY/STATE ZIP PHONE SSN [redacted]
VICTIM INFORMATION ☐ NON DISCLOSURE ( WHERE APPLICABLE) ☐ INJURY ☐ SART ☐ BLOOD ☐ URINE ☐ PHOTOGRAPH

O | LAST, FIRST, MIDDLE (FIRM, IF BUSINESS) ☐ STATE OF CA. [redacted] WT
Marsh [redacted]
INTERPRETER NEEDED: ☐ SPANISH ☐ VIETNAMESE ☐ OTHER
VICTIM ADVISED: ☐ SEXUAL ASSAULT ☐ VIC/WIT ASSIST. ☐ DOMESTIC VIOLENCE
ADDRESS CITY/STATE ZIP PHONE DL NUMBER STATE
[redacted]
BUSINESS NAME/SCHOOL NAME AND ADDRESS CITY/STATE ZIP PHONE SSN
VICTIM INFORMATION ☐ NON DISCLOSURE ( WHERE APPLICABLE) ☐ INJURY ☐ SART ☐ BLOOD ☐ URINE ☐ PHOTOGRAPH

O | LAST, FIRST, MIDDLE (FIRM, IF BUSINESS) ☐ STATE OF CA. [redacted] WT
Golden [redacted]
INTERPRETER NEEDED: ☐ SPANISH ☐ VIETNAMESE ☐ OTHER
VICTIM ADVISED: ☐ SEXUAL ASSAULT ☐ VIC/WIT ASSIST. ☐ DOMESTIC VIOLENCE
ADDRESS CITY/STATE ZIP PHONE [redacted] DL NUMBER STATE
[redacted]
BUSINESS NAME/SCHOOL NAME AND ADDRESS CITY/STATE ZIP PHONE SSN
VICTIM INFORMATION ☐ NON DISCLOSURE ( WHERE APPLICABLE) ☐ INJURY ☐ SART ☐ BLOOD ☐ URINE ☐ PHOTOGRAPH

O | LAST, FIRST, MIDDLE (FIRM, IF BUSINESS) ☐ STATE OF CA. [redacted] WT
Fuller [redacted]
INTERPRETER NEEDED: ☐ SPANISH ☐ VIETNAMESE ☐ OTHER
VICTIM ADVISED: ☐ SEXUAL ASSAULT ☐ VIC/WIT ASSIST. ☐ DOMESTIC VIOLENCE
ADDRESS CITY/STATE ZIP PHONE DL NUMBER STATE
[redacted]
SSN
VICTIM INFORMATION ☐ NON DISCLOSURE ( WHERE APPLICABLE) ☐ INJURY ☐ SART ☐ BLOOD ☐ URINE ☐ PHOTOGRAPH

| VICTIM VEHICLE VICTIM # | YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE/VIN | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

R/O'S NAME (LAST, FIRST, MIDDLE) ☐ SAME AS VICTIM # ADDRESS CITY/STATE ZIP DAMAGE TO VEHICLE

VICTIM VEHICLE WAS: ☐ STOLEN ☐ IMPOUNDED ☐ STORED ☐ LEFT AT SCENE ☐ RELEASED AT SCENE ☐ HELD F/ PRINTS ☐ PRINTED

| VICTIM VEHICLE VICTIM # | YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE/VIN | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

R/O'S NAME (LAST, FIRST, MIDDLE) ☐ SAME AS VICTIM # ADDRESS CITY/STATE ZIP DAMAGE TO VEHICLE

VICTIM VEHICLE WAS: ☐ STOLEN ☐ IMPOUNDED ☐ STORED ☐ LEFT AT SCENE ☐ RELEASED AT SCENE ☐ HELD F/ PRINTS ☐ PRINTED

| OFFICER'S NAME | ID NUMBER | DATE | SHIFT/DAYS OFF | SUPERVISOR REVIEW | ID NUMBER | DATE | PG |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

# Narrative Report

Campbell Police Department
70 N. First St.
Campbell, Ca. 95008 (408) 866-2121 Fax. 379-7561

Report ID# 2003-1029-036
Case # 2003-4033
Page # ______

☐ Supplemental Report

## ADDITIONAL CHARGES:

12021.1 – Felon possess firearm
3056 PC – Parole violation

## ATTACHMENTS:

Criminal history printouts for S- golden, R- Glasper, O- fuller
Property Evidence sheet
Booking sheet (warrant booking) for S- Golden
CAD incident report

## SYNOPSIS:

S- Golden was reportedly staying at [redacted] R- also stated that S- Golden had an old shotgun in his possession and that he was wanted for a parole violation. S- Golden was located at the residence and arrested for the parole violation warrant. A loaded single shot 410 gauge shotgun was located in the closet of the room where S- Golden was located and arrested. Both R- Glasper and O- Fuller stated that S- Golden had been living at the residence for several months, and that the room he was arrested in was the room he shared with O- Fuller. O- Fuller also said the gun belonged to S- Golden. After S- Golden was arrested, he was immediately transported and booked on the warrant. The gun was located after he was in route to be booked so this report was sent to the District Attorney for a warrant for the additional charges.

## RELATIONSHIPS:

S- Golden is the boyfriend of O- Fuller and the grandfather of O- Golden. O- Fuller is the mother of R- Glasper and O- Jordan. R- Glasper is the mother of O- Marsh and O- Golden.

## INVESTIGATION

On 10-29-03 at about 0935 hrs, R- Glasper phoned CPD communications to report S- Golden as a parole violator. She told CPD that S- Golden was at her residence [redacted].) and that she wanted him to leave. She also said she was afraid to ask him to leave because he might become violent and beat up her mother, O- Fuller. I contacted State Parole and verified that S- Golden was in fact wanted for a parole violation. I contacted R- Glasper via phone for more details. R- Glasper said that S- Golden had been threatening O-Fuller and that he is violent. R- Glasper said that she is on probation and she is not supposed to be around S- Golden or drugs and she doesn't want to get into more trouble. R- Glasper said that S- Golden uses crystal meth as his drug of choice. R- Glasper said that S- Golden owns an old shotgun and that she has seen him with it. She said he doesn't keep it inside the house but she has seen it there. R- Glasper said that S- Golden was in the house all the time and that he will not leave. She said O- Fuller, the children and a sitter were also at the house. R-Glasper indicated that the children go to school in the afternoon.

Reporting Officer: C. Adams #44
I.D.# A0871 Date 10/29/03

**Dispositions**

☐→ Arrest
☐→ Unfounded
☐→ Active - Follow-up to SED
☐→ Active - Follow-up to Officer
☐→ Inactive
☐→ To DA for Complaint
☐→ Info Report Only/No Crime
☐→ Cleared/Closed
☐→ To Original Report
☐→ Cleared/Closed by Exception:
A Death of Offender
B Prosecution Declined
C Do Not Use
D Victim Refused to Cooperate
E Juvenile/No Custody (Not Referred JPD)

Reviewed By: ______ Date: ______
CRIS Entry By: ______ Date: ______
Processed By: ______ Date: ______
Copies To: ☐ SED ☐ DA ☐ Court ☐ Other ______
☐ DPW ☐ Finance ☐ JPD ☐ S/O or PD ______

P. 6

# Narrative Report

Campbell Police Department
70 N. First St.
Campbell, Ca 95008 (408) 866-2121 Fax 379-7561

Report ID# 2003-1029-036
Case # 2003-4033
Page # ____

☐ Supplemental Report

I later contacted a female who identified herself as the baby sitter. She told me S- Golden was at the house and that O- Fuller was leaving to pick up the older children from school. I asked the sitter if she could vacate the house when O- Fuller left so no one else would be in the residence when we went in to arrest S- Golden. She did this and we entered the residence and located S- Golden sleeping on top of the bed in the south bedroom. S- Golden was arrested without incident. We located S- Golden's clothing in the room and had him get dressed. When S- Golden was taken out of the room, I looked around the room to see if the gun could be located there. I opened the closet door and saw what looked to me to be a brown leather gun case. It was on the floor of the closet on the south side leaning against the wall. I retrieved the case and opened it. Inside I located a single shot 410-gauge shotgun with a live round in the chamber. I also located a box of 410-gauge ammunition. I removed the live round from the weapon and made it safe. I brought it back to CPD had it checked against stolen weapons in the computer. It was not listed as a stolen weapon and it was not registered to anyone.

As a convicted Felon, S- Golden is in violation of 12021(a)(1)PC and 12021.1 PC by being in possession of a firearm.

**STATEMENTS:**

R- Glasper.

R- Glasper said she is on probation and that she lives with her mother O- Fuller and her children, in apartment #4 at 755 West Valley Dr.. R- Glasper said that S- Golden is O- Fuller's boyfriend and that he has been living at the residence since April when she was arrested. R- Glasper said that S- Golden owns a gun. She described it as an old shotgun style gun. R- Glasper said that S- Golden hides the gun outside but she has seen it in the residence. R- Glasper said that S- golden uses crystal meth as his drug of choice and the he uses it at the residence. She also believes that he sells marijuana. R- Glasper said S- golden has been violent toward O- Fuller and has yelled at and threatened her. R- Glasper said S- Golden acts very strange and she is frightened by him. R- Glasper said she and her mother O- Fuller are afraid to ask S- Golden to leave the residence for fear he will become violent. That is why she contacted the Police to turn him in. R- Glasper added that she is not supposed to be around drugs as part of her probation and she doesn't want to get in trouble because of S- Golden. R- Glasper said that S- Golden has been living and sleeping in O- Fuller's room which is at the end of the hall on the right. (this is the room we located him and the gun in) R- Glasper's room is directly at the end of the hall.

O- Fuller.

O- Fuller said that S- Golden is her boyfriend and that he has been living with her in her room for some time. O- Fuller said that her and S- Golden's room is the one at the end of the hall on the right. O- Fuller said that she knew S- Golden had a gun, and that he kept it in a brown leather case in the closet in their room. O- Fuller said

| Reporting Officer | |
|---|---|
| C. Adams #44 | CA 44 |
| ID A0871 | Date 10/29/03 |

**Dispositions**

☐→ Arrest
☐→ Unfounded
☐→ Active - Follow-up to SED
☐→ Active - Follow-up to Officer
☐→ Inactive
☑→ To DA for Complaint
☐→ Info Report Only/No Crime
☐→ Cleared/Closed
☐→ To Original Report
☐→ Cleared/Closed by Exception:
A Death of Offender
B Prosecution Declined
C Do Not Use
D Victim Refused to Cooperate
E Juvenile/No Custody (Not Referred JPD)

Reviewed By: ________ Date: ______ Processed By: ________ Date: ______
CRIS Entry By: ________ Date: ______ Copies To: ☐ SED ☐ DA ☐ Court ☐ Other ______

P. 7

# Narrative Report

Campbell Police Department
70 N. First St.
Campbell, Ca 95008 (408) 866-2121 Fax. 379-7561

Report ID# 2003-1029-036
Case # 2003-4033
Page # _____

☐ *Supplemental Report*

that S- Golden got it from a friend but she did not elaborate more about where it came from. O- Fuller said that S- Golden has had the gun for about three or four weeks. O- Fuller confirmed that S- Golden had yelled at her and threatened her. When asked if there was domestic violence she would like to report, she said no. O- Fuller said that S- Golden kept hanging around the residence and would not leave. She also admitted she was afraid to ask him to leave for fear of a violent reaction. O- Fuller was not happy that he had been arrested but said maybe it is better this way. O- Fuller said she understood R- Glasper did not want to get in trouble with her probation because of S- Golden.

**INJURIES**
None

**EVIDENCE**
#44-1 One Kimel Kamper brand model K410 single shot shotgun Serial #176075

#44-2 One brown leather gun case with "W.G.E." stamped into the side

#44-3 One box of 25 rounds of 410 gauge 3" 6 shot shotgun rounds
All items to CPD evidence.

**ADDITIONAL INFORMATION:**
S- Golden has a violent criminal record with convictions for 664/211 PC, 245(A)(1) PC, 211 PC, 459 PC, 10851 CVC, and several drug violations.

**CASE DISPOSITION:**
To DA for complaint.

Copy to State Parole officer Michelle Donovan.

Reporting Officer: C. Adams #44 (signature)
ID: A0871 Date: 10/29/03

**Dispositions**

- ☐→ Arrest
- ☐→ Unfounded
- ☐→ Active - Follow-up to SED
- ☐→ Active - Follow-up to Officer
- ☐→ Inactive
- ☑→ To DA for Complaint
- ☐→ Info Report Only/No Crime
- ☐→ Cleared/Closed
- ☐→ To Original Report
- ☐→ Cleared/Closed by Exception:
  - A Death of Offender
  - B Prosecution Declined
  - C Do Not Use
  - D Victim Refused to Cooperate
  - E Juvenile/No Custody (Not Referred JPD)

Reviewed By: ________ Date: _____ Processed By: ________ Date: _____
CRIS Entry By: ________ Date: Copies To: ☐ SED ☐ DA ☐ Court ☐ Other

# Exhibit 3

12 SAN JOSE FAC
190 W. HEDDING STREET
SAN JOSE, CA 95110

CASE NO CC333706
CEN 03535835

DATE 04/14/2004 2:01 PM DEPT. 23

PEOPLE VS. THEOTIS GOIDEN
A.K.A. 175 COLETO
MILPITAS, CA 95035

10/27/1961 CAN0814634

CLERK ~~L PADILLA~~/S.WALKER BMC037 M
HEARING ARRAIGNMENT
AGENCY CA-04302-824 -SULLIVAN
STATUS I-WARR-NBA
APO

TW

JUDGE HON. ~~JEROME S. NADLER~~
REPORTER S.WHITE
DEF. ATTY. D.ASEVELY

Golden

CHARGES F(001)PC12021.1(A) F(002)PC12316(B)

VIOLATION DATE 10/29/2003

**NEXT APPEARANCE** 4.19.04 930 D.23

☑ Defendant Present ☐ Not Present ☑ Atty Present E. [illegible] AD (PD) Legal Aide / Special A
☑ WFA ☐ Arr'd ☐ Amended complt ☐ Arr ☑ Plea ☐ IDC ☐ Prob / Sent ☐ Interp
☑ PC977 Waiver ☐ Filed ☐ On file ☐ Bail/ OR/ SORP ☐ Rect Dr Rpt ☐ FAR ☐ Pretrial Services to Contact Gateway for Assm't
☐ NG ☐ Entered by CRT ☐ NGBRI / Adv ☐ PSet ☐ Prelim ☐ PTC ☐ S/B MTC ☐ Bail Reinstated ☐ Bail Exonerated
☐ Priors / Allegations / Enhancements Denied ☐ Further ☐ Jury ☐ CT ☐ Peo/Def Wav Jury ☐ Forfeited Bond #
☐ TW ☐ TNW ☐ TW / WD ☐ for Sent ☐ Proof of ☐ Reassumption Filed ☐ Forfeiture Set Aside
☑ Ref / (Appt PD) ADO ☐ Conflict Decl ☐ Ref'd ☐ $ Costs Within 30 Days to Court
☑ ______ Relieved ______ Appt'd ☐ Crim Proc Susp ☐ Rein SORP / OR ☐ Revoked ☐ Reinstated
☐ Hrg on Motion ☐ Doubt Decl Pursuant PC 1368 ☐ BW Ordered $ ☐ Stayed
☐ Granted ☐ Den ☐ Subm ☐ OC ☐ Subm on rept ☐ Found ☐ BW Set Aside ☐ Recalled ☐ To Issue
☐ Drs. Appointed ☐ Max Term ☐ Committed Other: [illegible]
☐ Prelim Waived ☐ Certified to General Jurisdiction ☐ MDA / COM Amended to

**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP
☐ Jail / Prison Term of
☐ Dismissal / Striking ☐ Subm time of se
☐ Adv ☐ Max Pen ☐ Parole/Probation ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future serious felony prior ☐ PC12021 (gu
☐ Waives Constit Rights ☐ Written Waiver filed ☐ **PC17 REDUCTION** ☐ Waives Arbuckle ☐ Harvey Stip
☐ COP PLEADS ☐ **GUILTY** ☐ **NOLO CONTENDERE** to charges & admits enhs/priors (see below) ☐ Factual Basis found ☐ Findings statec
☐ Notice of Eligibility Filed ☐ DEJ Granted ☐ Rpt to DADS ☐ DEJ Rein ☐ DEJ Term ☐ Guilty Plea Rendered
☐ Waives Referral ☐ Ref'd to APO Full Rpt ☐ PROBATION DENIED
☐ Sentenced to ____ State Prison/County Jail ☐ Sent Suspended

**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period
☐ COURT ☐ FORMAL PROBATION GRANTED for ____ Days / Mos / Yrs
☐ Report to APO within ____ Days ☐ Upon Release ☐ Terminated
☐ Commun Altern Program ☐ Perform ____ hrs Volunteer Work
☐ Submit Search / Testing ☐ Educ / Voc Trng / Empl
☐ Not drive w/o valid DL & Ins ☐ DVPO issued / mod / term Exp
☐ Not own/possess deadly weapons ☐ Weapon ordered destroyed
☐ No contact w/victim or family / co-defts unless appr by APO ☐ PC1202.05
☐ No alcohol / drugs or where sold ☐ Restitution
☐ Substance abuse, Domestic Violence, Psychological, Parenting cnsl / prgm
☐ PC296 (DNA) ☐ PC1202.1 (Aids Testing) ☐ Aids Education Program
Other:

**FINES/FEES:** PAY TO ☐ Ref to DOR ☐ COURT
COUNT ____ $ ____ + PA $ ____ ☐ Purs HS11350d
COUNT ____ $ ____ + PA $
DPF / AIDS $ ____ + PA $
DRF / RF $ ____ Add'l RF$ ____ Susp'd PC1202.4
DEJ $ ____ **CTS PC 2900.5** $
AEF $ ____ **TOTAL DUE** $
ADPA $ ____ ☐ Committed @ $ ____ /Day
LAB $ ____ ☐ Consec/Conc to
NC $ ____ ☐ Payments Granted / Modified
ASF / CPF $ ____ $ ____ / Mo beginning
AR $ ____ ☐ FINE STAYED
SHELTER $ ____ ☐ Fine Deemed Satisfied ☐ Commute
DV $ ____ ☐ Vol Wk ____ Hrs in Lieu of Fine
ATTY $ ____ ☐ DSA thru APO / DOR / CRT ☐ File
P/INV $ ____ ☐ P/SUP $ ____ /Mo
CJAF $ ____ to
☐ Restitution $ ____ to
☐ Referred to VWAC ☐ As Determined APO / CRT

**VOP:** ☐ Arr'd VOP ☐ Admits/Denies Violation ☐ Court Finds VOP / No VOP
☐ Prob Rein / Mod / Term / Revoked / Remains Revoked / Ext to
☐ Original Terms & Conditions Except as Amended Herein
Coterminous with ☐ No Further Penalties

**JAIL/PRISON** ☐ See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | County Jail |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | / |

CTS = ____ ACT + ____ ☐ PC4019 ☐ PC2933.1 = ____ TOTAL DAYS TOTAL TERM
☐ Straight time ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Rec ☐ Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP
☐ Sent Deemed Srvd ☐ Rpt to Local Parole ☐ Adv of ____ Yrs Parole/Appeal Rights ☐ Consec ☐ Conc to
☐ Bal CJ Susp ☐ All but ____ Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU
☐ Pre-process ____ AM/PM ☐ Stay/Surrender Transport to ____ @ ____ AM/PM or Soon

☑ REMANDED-BAIL $ ____ ☑ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSM'T
☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL

DISTRIBUTION: BLACK - FILE COPY, GREEN - DOC, BLUE - CJIC, PURPLE - DOR/PROBATION, BROWN - DEFENDANT

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 1983
FILING FEE PAID
Yes No
IFP MOTION FILED
Yes No
COPIES SENT TO
Court Prose

FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

I (a) PLAINTIFFS

**Theotis Golden**

DEFENDANTS

**Fraze, et al**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Imperial**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Theotis Golden**
**PO Box 901**
**Imperial, CA 92251**
**P-77783**

ATTORNEYS (IF KNOWN)

**'08 CV 1212 LAB LSP**

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

CONTRACT
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Eiectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

TORTS

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

OTHER STATUTES
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 DEMAND $ Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE 7/3/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R. Mulley

CR