Theotis Golden P-77783
P.O. Box 901
Imperial, CA. 92251
In Pro se

2254 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe

FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

United States District Court
Southern District of California

Theotis Golden,
Plaintiff,

vs.

Michael Fraze, et. al.,
Defendants.

Case No. '08 CV 1212 LAB LSP

Motion For Leave To Proceed In Forma Pauperis And For Appointment of Counsel

Plaintiff moves this court for an order permitting them to file this action in forma pauperis without prepayment of fees and costs or security therefor, and appointing a member of the California State Bar, to represent plaintiff as provided in 28 U.S.C. § 1915(d) and 18 U.S.C. § 3006 A(g), because, as the declarant attached exhibit 4 indicates, declarant is unable to pay such costs or give security therefor, and he cannot afford to employ an attorney. This motion is based on the complaint, declaration, and memorandum of law submitted herewith.

# Declaration In Support

I, Theotis Golden, declare:

1. I am the plaintiff in this action.
2. I am not employed and I have no income.
3. The balance in my prison account as of June 23, 2008 was 6.41 (negative). See exhibit 4. And I am still without funds.
4. I have no other source of income and I do not own anything of value.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-1-08

Theotis Golden
Signature

# Memorandum of Law
# In Support

## Argument

Indigent inmate asserting Federal civil rights claim is entitled to appointment of counsel where likely to be of substance, given retaliatory nature and possibility that appointed counsel could cure flaws in complaint and shortfalls in evidentiary proof with regards to other officers, inmate lacks ability to manage case effectively on his own.

Hendrick v. Coughlin, 114 F.3d 390 (2nd Cir. 1997).

Exhibit 4

REPORT ID: TS3030 .701

REPORT DATE: 02/13/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 13, 2008

ACCOUNT NUMBER : P77783
ACCOUNT NAME : GOLDEN, THEOTIS
PRIVILEGE GROUP: B

BED/CELL NUMBER: FAB1T2000000204U
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 01/16/2008 | H109 | LEGAL POSTAGE HOLD | 4136 01/14 | 0.15 |
| 01/16/2008 | H109 | LEGAL POSTAGE HOLD | 4136 01/14 | 1.82 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 1.97 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 1.97- |

REPORT ID: TS3030 .701 REPORT DATE: 06/23/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2008 THRU JUN. 23, 2008

ACCOUNT NUMBER : P77783 BED/CELL NUMBER: FAB1T2000000204U
ACCOUNT NAME : GOLDEN, THEOTIS ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/09/2008 | H118 | LEGAL COPIES HOLD | 7233 06/05 | 0.90 |
| 06/09/2008 | H109 | LEGAL POSTAGE HOLD | 7234 06/05 | 0.15 |
| 06/09/2008 | H109 | LEGAL POSTAGE HOLD | 7234 06/05 | 1.17 |
| 06/16/2008 | H109 | LEGAL POSTAGE HOLD | 7406 06/12 | 1.34 |
| 06/16/2008 | H109 | LEGAL POSTAGE HOLD | 7406 06/12 | 1.51 |
| 06/19/2008 | H109 | LEGAL POSTAGE HOLD | 7510 06/17 | 1.34 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 6.41 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 6.41- |