Theotis Golden P-77783
P.O. Box 901
Imperial, CA. 92251
In Pro Se

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Pro Se ___

FILED
2008 JUL -9 PM 4:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

United States District Court
Southern District of California

NUNC PRO TUNC
JUL -8 2008

| | |
|---|---|
| Theotis Golden,<br>Plaintiff,<br>vs.<br><br>Michael Fraze, et. al.,<br>Defendants. | Case No. '08 CV 1212 LAB LSP<br>Declaration In Support of Plaintiff Motion For A Temporary Restraining Order And Preliminary Injunction |

I, Theotis Golden, declare:

1. As set forth in my complaint, defendants have conspired to conceal a judgment (conviction) procured by extrinsic fraud.

2. Plaintiff continues to be harass in many forms, such as refusal of urgent medical attention. (See exhibit 5).



CR

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-1-08

Theotis Golden
Signature

2 of 2

Exhibit 5

STATE OF CALIFORNIA DEPT OF CORRECTIONS CDC 129-a
INMATE PASS **PRIORITY Medical** CENTINELA

| | | |
|---|---|---|
| JOB INFO: TX-06 | | |
| NAME: GOLDEN | CDC#: P77783 | HOUSING: A-1 204 |
| ISSUED BY: CAMOU LVN | DATE: 04-21-08 | APPROVED BY: E. Parrish |
| PASS TO: A-CLINIC | DATE: 04-22-08 | TIME: 06:30 |
| REASON: LVN-TX06 | | |
| ARRIVAL TIME: | RECORDED BY: | |
| DEPART TO: | TIME: | RECORDED BY: |

STATE OF CALIFORNIA DEPT OF CORRECTIONS CDC 129-a
INMATE PASS **PRIORITY Medical** CENTINELA

| | | |
|---|---|---|
| JOB INFO: TX-06 | | |
| NAME: GOLDEN | CDC#: P77783 | HOUSING: A-1 204 |
| ISSUED BY: CAMOU LVN | DATE: 06-27-08 | APPROVED BY: E. Parrish |
| PASS TO: A-CLINIC | DATE: 06-30-08 | TIME: 06:30 |
| REASON: LVN-TX06 | | |
| ARRIVAL TIME: | RECORDED BY: | |
| DEPART TO: | TIME: | RECORDED BY: |

# CDC 602 – INFORMAL LEVEL ROUTE SLIP RECEIPT

Inmate: **GOLDEN** CDC # **P77783** Housing: **A1-204U**

This is to advise you that your CDC 602, Inmate/Parolee Appeal Form, dated **06/24/08** regarding **MEDICAL (irregular heartbeats)** has been forwarded to the **HEALTH CARE MANAGER** for an Informal Level Response. NOTE: **Our office does not log nor track Informal Level Appeals or Appeals from other institutions.**

If you have not received a response in 30 days, attach a copy of this Informal Level Route *Slip* Receipt to an original CDC 602 form restating your issues/concerns. Attach the Informal Level Route Slip to your resubmitted appeal.

[signature]
D. J. DeGeus, CC II
Appeals Coordinator
Centinela State Prison

**June 26, 2008**
Date