NUNC PRO TUNC
JUL 25 2008

Theotis Golden P-77783
P.O. Box 901
Imperial, CA. 92251
In Pro se

FILED
2008 JUL 28 PM 4:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

U.S. District Court
Southern District OF California

Golden v. Fraze et al

Case No. 3:08-cv-1212
Declaration

I, Theotis Golden, declare:

1. On July 1, 2008 I submitted a ① civil rights complaint, ② motion For leave to proceed in Forma pauperis and For appointment of counsel, ③ declaration in support of plaintiff motion For a TRO.

2. The complaint alleged defendants conspired to conceal a judgment (conviction) procured by Extrinsic Fraud.

3. On July 15, 2008 I received Discrepany Order by Judge Larry Alan Burns stating in part: Missing motion and/or supporting documentation, Filed July 9, 2008.

RECEIVED
JUL 2 2 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

4. Evidence of tampering with confidential legal mail supports the plaintiff claim of concealment.

5. Extenuating circumstances exist warranting the Court intervention because the plaintiff has High-Blood Pressure and prison officials are refusing plaintiff treatment and tampering with his medications, exposing the plaintiff to a heart-attack or stroke.

6. After immediately ~~bring~~ bringing Discrepancy Order to staff attention, the plaintiff is still being denied access to the court (law library). The plaintiff intends to send copies of missing documents as soon as possible.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2008

Theotis Golden
Signature