Theotis Golden P-77783
P.O. Box 901
Imperial, CA. 92251
In Pro se

FILED
2008 AUG 22 AM 11:03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

NUNC PRO TUNC
AUG 21 2008

United States District Court
Southern District of California

Theotis Golden,
Plaintiff,
vs.
Michael Fraze, et al.,
Defendants.

Case No. 3:08-cv-01212-LAB-LSP

Supplemental Declaration In Support of Plaintiff Motion For A Temporary Restraining Order And Preliminary Injunction

I, Theotis Golden, declare as follows:

1. "Exigent Circumstances" exists warranting the Federal Courts intervention.

2. Centinela State Prison officials are participates in a conspiracy to harm the plaintiff and cover-up a conviction procured by Extrinsic Fraud.

3. Officials have Facility A yard on lockdown without probable cause in order to hinder plaintiff access to the courts and subject plaintiff to food poisoning.

4. Plaintiff has been an inviting target for harassment since submitting the lawsuit, including intercepting legal documents.

5. Medical staff continues to fail to treat irregular heartbeats and havent responded to appeal concerning the matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-19-08

Theotis Golden
Signature