# UNITED STATES DISTRICT COURT

**Southern District of California**

Theotis Golden

Plaintiff,

v.

Michael Fraze, et al.

Defendant.

Case No.: 3:08−cv−01212−LAB−LSP
Judge Larry Alan Burns

---

**JUDGMENT IN A CIVIL CASE**

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court denies Plaintiff's Motion to Proceed In Forma Pauperis and Motion for Temporary Restraining Order, and dismisses this action without prejudice

W. Samuel Hamrick, Jr.,
Clerk of the Court

Date: 9/3/08

By: s/ P. Dela Cruz, Deputy Clerk

ENTERED ON: September 3, 2008